IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HEATHER ANNA PALMER,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-681-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Heather Anna Palmer attorney fees in the amount of $4,667.25 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

s/ V. Olmo, Deputy Clerk
Peter Oppeneer, Clerk of Court

4/10/2017
Date