IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HEATHER PALMER,

                Plaintiff,

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-681-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff heather palmer attorney fees and costs in the amount of $10,939.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 5/04/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |