IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HEATHER PALMER,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 16-cv-681-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding Attorney David Traver attorney fees in the amount of $15,606.75 under Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b).

| s/ V. Olmo, Deputy Clerk | 5/16/2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |